B1 (Offical Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**USEC Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**USEC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**52-2107911** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**6903 Rockledge Drive, Suite 400**<br>**Bethesda, MD**                                  ZIP CODE  20817 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Montgomery County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state the type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

**Check all applicable boxes:**
- [x] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 Million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

DC\2440364.10

| B1 (Offical Form 1) (04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition**  (*This page must be completed and filed in every case.*) | Name of Debtor(s):  **USEC Inc.** | |
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location  Where Filed:  **N/A** | Case Number:  **N/A** | Date Filed:  **N/A** |
| Location  Where Filed:  **N/A** | Case Number:  **N/A** | Date Filed:  **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:  **N/A** | Case Number:  **N/A** | Date Filed:  **N/A** |
| District:  **N/A** | Relationship:  **N/A** | Judge:  **N/A** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____  Signature of Attorney for Debtor(s)          (Date) |
| ☒  Exhibit A is attached and made a part of this petition. | |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)).

| B1 (Offical Form 1) (04/13) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** USEC Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

X _____[signature]_____
Signature of Attorney for Debtor

Date: March 5, 2014

D. J. Baker
Rosalie Walker Gray
Adam S. Ravin
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Mark D. Collins
Michael J. Merchant
RICHARDS, LAYTON &
FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____[signature]_____
Signature of Authorized Individual

John R. Castellano
Chief Restructuring Officer

Date: March 5, 2014

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

X _____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
USEC INC.,                                      :    Case No. 14-_____  (_____)
                                                :
             Debtor.                            :    Tax I.D. No. 52-2107911
------------------------------------------------------------ x
```

**EXHIBIT "A" TO VOLUNTARY PETITION**

1. The debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934. The SEC file number is <u>1-14287</u>.

2. The following non-consolidated, un-audited financial data is the latest available information and refers to the condition of the Debtor as of December 31, 2013, unless otherwise indicated.

| | | |
|---|---|---|
| a. Total assets | $70 million | |
| b. Total liabilities (including debts listed in 2.c., below) | $1.07 billion | |
| c. Debt securities held by more than 500 holders: | | Approximate number of holders: |
| secured ☐  unsecured x  subordinated ☐ | $   N/A | N/A |
| d. Number of shares of preferred stock | 85,903 (approx.) | 2 |
| e. Number of shares of common stock | 4,948,135 | 30,000 (approx.) |

Comments, if any:

The Debtor has debt securities in the form of convertible notes, in the principal amount of $530 million, believed to be held by approximately 42 record holders.

The total obligation on account of convertible preferred stock is approximately $113.9 million.

The number of shares of common stock, preferred stock and the approximate number of holders thereof are as of December 31, 2013. The approximate number of holders of common stock includes all beneficial holders. The approximate number of holders of preferred stock includes only record holders.

3. Brief description of debtor's business:

USEC Inc. is a publicly-traded holding company and global energy company which, through its non-debtor subsidiaries, (i) is a leading supplier of low enriched uranium ("LEU") for commercial nuclear power plants and (ii) is engaged in an effort to deploy for future production of LEU and national defense purposes what is believed to be the world's most advanced uranium enrichment technology, known as the American Centrifuge. The activities of USEC Inc. and its non-debtor subsidiaries are heavily regulated by the United States Department of Energy and the Nuclear Regulatory Commission.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor, based on publicly available information as of December 31, 2013:

Common Stock:

| *Name* | *Holdings* |
|---|---|
| Blackrock, Inc. | 321,003 |
| Dimensional Fund Advisors | 246,933 |

Preferred Stock:

| *Name* | *Holdings* |
|---|---|
| Babcock & Wilcox Investment Company | 50% |
| Toshiba America Nuclear Energy Corporation | 50% |

# CERTIFICATE OF SECRETARY AS TO RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS OF USEC INC.

I, the undersigned, do hereby certify that the Board of Directors of USEC Inc. (the "**Corporation**") duly adopted the following resolutions at a meeting held on March 4, 2014, and that such resolutions have not been repealed or amended and remain in full force and effect:

**WHEREAS**, the Board of Directors having previously authorized the Corporation to pursue a prearranged restructuring of its financial obligations (the "**Restructuring**"), and having previously approved the proposed terms of such Restructuring as evidenced by the plan support agreement entered into by the Corporation with the holders of approximately 65% in principal amount of its convertible note debt (the "**Noteholders Plan Support Agreement**") and the plan support agreements entered into by the Corporation with holders of its preferred stock interests (the "**Preferred Investors Plan Support Agreements**" and, together with the Noteholders Plan Support Agreement, the "**Plan Support Agreements**"); and the Board of Directors having determined that the material conditions to proceeding with the Restructuring as set forth in the Plan Support Agreements have been satisfied or waived and no other impediments to proceeding with the Restructuring exist;

**NOW THEREFORE BE IT RESOLVED**, that in the judgment of the Board of Directors it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties, that the Corporation seek relief under the provisions of Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**"); and be it further

**RESOLVED**, that each "**Authorized Officer**" (as defined below) shall be, and hereby is, authorized and directed on behalf of the Corporation to commence a case under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") by executing, verifying and delivering a voluntary petition in the name of the Corporation under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") in such form and at such time as the Authorized Officer executing said petition shall determine; and be it further

**RESOLVED**, that each Authorized Officer shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to take all actions necessary or appropriate for the Corporation to obtain post-petition secured financing from its subsidiary United States Enrichment Corporation ("**Enrichment Corp**") according to the terms negotiated by such Authorized Officer, including under a debtor-in-possession credit agreement; to grant liens, on behalf of the Corporation, on and/or pledge such assets of the Corporation as such Authorized Officer may deem appropriate to secure such financing; and to effectuate the foregoing by entering into such agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**Credit Documents**") as may be deemed necessary or appropriate by the Authorized Officer; and be it further

**RESOLVED**, that the Corporation be, and it hereby is, authorized to seek approval to apply the prepetition cash collateral of Enrichment Corp to pay down the prepetition secured debt owed by the Corporation to Enrichment Corp, if and to the extent required by Enrichment Corp to obtain debtor-in-possession financing; and be it further

**RESOLVED**, that the Corporation is authorized, to the extent applicable, to seek authority from the Bankruptcy Court to assume the Plan Support Agreements entered into in connection with the Chapter 11 Case and to enter into, and/or seek assumption of, any agreements, documents or instruments related thereto; and be it further

**RESOLVED**, that the Corporation is authorized to file with the Bankruptcy Court the prearranged plan of reorganization (the "**Plan**") and the associated implementing documents that have been or will be negotiated in accordance with the terms of the Plan Support Agreements; and, unless otherwise directed by the Board of Directors in view of future developments or otherwise in the exercise of its fiduciary duties, each Authorized Officer is authorized to take such action as may be necessary to proceed to obtain approval from the Bankruptcy Court of the disclosure statement associated with the Plan, to conduct a solicitation of votes on the Plan as may be authorized by the Bankruptcy Court, to seek confirmation of the Plan by the Bankruptcy Court, to make the confirmed Plan effective in accordance with its terms, and to perform all of the Corporation's obligations under the effective Plan and the associated implementing documents; and be it further

**RESOLVED**, that each Authorized Officer be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Corporation, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all Credit Documents, the Plan, and all documents necessary to implement the Plan; and to take any and all actions which the Authorized Officer deems necessary or appropriate in connection with the Chapter 11 Case; and be it further

**RESOLVED**, that each Authorized Officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to employ and retain the law firms of Latham & Watkins LLP, Richards, Layton & Finger, P.A. and Vinson & Elkins LLP to act as attorneys, Lazard Frères & Co. LLC to act as financial advisors, and AP Services, LLC to provide interim management services for the Corporation in connection with the Chapter 11 Case; and be it further

**RESOLVED**, that each Authorized Officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Officer to assist the Corporation in carrying

out its responsibilities in the Chapter 11 Case and achieving a successful reorganization; and be it further

**RESOLVED**, that each Authorized Officer be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and be it further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Corporation or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation; and be it further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Officer or any other person authorized to act by an Authorized Officer, which are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and be it further

**RESOLVED**, that for the purposes of these resolutions, the term "**Authorized Officer**" shall mean and include John K. Welch, the President and Chief Executive Officer, John C. Barpoulis, Senior Vice President and Chief Financial Officer, Peter B. Saba, Senior Vice President, General Counsel, Chief Compliance Officer and Corporate Secretary, Stephen S. Greene, Vice President, Finance and Treasurer, or John R. Castellano, Chief Restructuring Officer.

**IN WITNESS WHEREOF,** I have executed this Certificate as of March 5, 2014.

*[Signature: Peter B. Saba]*

Peter B. Saba
Senior Vice President, General Counsel, Chief
Compliance Officer & Corporate Secretary

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
USEC INC.,                                              :    Case No. 14-_____ (_____)
                                                        :
            Debtor.                                     :    Tax I.D. No. 52-2107911
------------------------------------------------------- x
```

**LIST OF CREDITORS HOLDING**
**20 LARGEST UNSECURED CLAIMS**

      The following is a list of creditors holdings the 20 largest unsecured claims against the above-captioned Debtor.  The list has been prepared from the unaudited books and records of the Debtor.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtor's chapter 11 case.  The list does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.  Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.  The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority and/or amount of any such claim.

| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, facsimile number, email address, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted, to the extent available* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| CSC Trust Company of Delaware<br>2711 Centerville Road, Suite 220<br>Wilmington, DE 19808 | Attn: Alan R. Halpern<br>Address: Same as Column 1<br>Tel: N/A<br>Fax: (302) 636-8666<br>Email: csctrust@cscinfo.com | Unsecured Debt | | $536,733,607 |
| G E Betz<br>Four Rivers District,<br>5509 Belmont Ave., Suite 4<br>Downers Grove, IL 60515 | Attn: Richard Petersen<br>Address: Same as Column 1<br>Tel: (866) 439-8272<br>Fax: (800) 268-3607<br>Email: richard.petersen@ge.com | Trade Debt | | $74,299 |
| Williams Jensen PLLC<br>701 Eighth Street NW<br>Suite 500<br>Washington, DC 20001 | Attn: Patrick J. Pettey<br>Address: Same as Column 1<br>Tel: (202) 659-8201<br>Fax: (202) 659-5249<br>Email: pjpettey@wms-jen.com | Consultant Fees | | $30,000 |
| Bluewater Strategies LLC<br>400 N. Capital Street NW<br>Suite 475<br>Washington, DC 20001 | Attn: Maggie Burgess<br>Address: Same as Column 1<br>Tel: N/A<br>Fax: (202) 589-1516<br>Email: mburgess@bwstrategies.com | Consultant Fees | | $20,000 |
| Mercury Public Affairs LLC<br>437 Madison Avenue<br>9th Floor<br>New York, NY 10022 | Attn: Kieran Mahoney<br>Address: Same as Column 1<br>Tel: (212) 681-1380<br>Fax: (212) 681-1381<br>Email: kmahoney@mercuryllc.com | Consultant Fees | | $15,000 |
| OB-C Group LLC<br>1350 Eye Street NW<br>Suite 690<br>Washington, DC 20005 | Attn: Tom Keating<br>Address: Same as Column 1<br>Tel: (202) 898-4746<br>Fax: (202) 898-4756<br>Email: tkeating@ob-cgroup.com | Consultant Fees | | $15,000 |

| | | | | |
|---|---|---|---|---|
| The Grossman Group LLC<br>525 2nd Street NE<br>Washington, D.C. 20002 | Attn: Lawrence Grossman<br>Address: Same as Column 1<br>Tel: (202) 624-8447<br>Fax: N/A<br>Email: larry@grossmanllc.com | Consultant Fees | | $10,000 |
| Compass Consulting Group LLC<br>400 N. Capital Street NW<br>Suite 585<br>Washington, D.C. 20001 | Attn: Ted Hollingsworth<br>Address: Same as Column 1<br>Tel: (202) 624-8447<br>Fax: N/A<br>Email: ted@compassconsulting.us | Consultant Fees | | $10,000 |
| G A Kraut Co Inc.<br>485 Madison Avenue<br>4th Floor<br>New York, NY 10022 | Attn: D. Baskin<br>Address: Same as Column 1<br>Tel: (212) 696-5600<br>Fax: (212) 685-2413<br>Email: dbaskin@gakraut.com | Consultant Fees | | $9,883 |
| CQ Roll Call Inc.<br>77 K Street NE<br>8th Floor<br>Washington, D.C. 20002 | Attn: Joseph Covington<br>Address: Same as Column 1<br>Tel: (800) 432-2250<br>Fax: (202) 315-3660<br>Email: contracts@cq.com | Consultant Fees | | $9,570 |
| Marriott Business Services<br>P.O. Box 402642<br>Atlanta, GA 30384 | Attn: Karen Johnson<br>Address: Same as Column 1<br>Tel: (866) 435-7624 (x4146)<br>Fax: (240) 215-2053<br>Email: karen.johnson@marriott.com | Trade Debt | | $8,232 |
| MKS Instruments Inc.<br>3350 Scott Blvd<br>Building 4<br>Santa Clara, CA 95054 | Attn: Diana Rosado<br>Address: Same as Column 1<br>Tel: (978) 645-5500<br>Fax: (978) 557-5100<br>Email: Diana_Rosado@mksinst.com | Trade Debt | | $7,738 |
| City Electric Supply Co.<br>P.O. Box 16707<br>Greensboro, NC 27416 | Attn: R. Conner<br>Address: Same as Column 1<br>Tel: (336) 808-0538<br>Fax: N/A<br>Email: rconner@ces-us.net | Trade Debt | | $6,972 |
| VAT Inc.<br>500 West Cummings Park<br>Woburn, MA 01801 | Attn: Joyce Mackiewicz<br>Address: Same as Column 1<br>Tel: (781) 935-1446<br>Fax: (781) 935-3940<br>Email: joycem@vatvalve.com | Trade Debt | | $6,428 |

| | | | | |
|---|---|---|---|---|
| C3 Energy LLC<br>1465 Woodbury Avenue<br>Suite 818<br>Portsmouth, NH 03801 | Attn: Ed Chapman<br>Address: Same as Column 1<br>Tel: (714) 969-0371<br>Fax: N/A<br>Email: echapman@c3energyllc.com | Consultant Fees | | $5,000 |
| Edison Electric Institute<br>701 Pennsylvania Avenue NW<br>Washington, D.C. 20004 | Attn: Jennifer Asher<br>Address: Same as Column 1<br>Tel: (202) 508-5517<br>Fax: N/A<br>Email: jasher@eei.org | Trade Organization | | $4,000 |
| REA Parts Inc.<br>620 Reliability Circle<br>Knoxville, TN 37932 | Attn: Myron Carter<br>Address: Same as Column 1<br>Tel: (865) 675-4822<br>Fax: (865) 675-4843<br>Email: myron.carter@reahvac.com | Trade Debt | | $3,143 |
| Pike County Chamber of Commerce<br>12455 S R 104<br>P.O. Box 107<br>Waverly, OH 45690 | Attn: Shirley Bandy<br>Address: Same as Column 1<br>Tel: (740) 947-7715<br>Fax: (740) 947-7716<br>Email: pikechamber@yahoo.com | Trade Organization | | $2,500 |
| Kelsan Inc.<br>5109 National Drive<br>Knoxville, TN 37914 | Attn: S. Stapleton<br>Address: Same as Column 1<br>Tel: (865) 525-7132<br>Fax: (865) 637-5053<br>Email: sstapleton@kellsan.biz | Trade Debt | | $2,343 |
| Glockner Oil Co Inc.<br>4407 U.S. Route 23<br>Piketon, OH 45661 | Attn: D. Green<br>Address: Same as Column 1<br>Tel: (740) 289-2979<br>Fax: (614) 497-1247<br>Email: dgreen@glockner.com | Trade Debt | | $2,342 |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing list and it is true and correct to the best of my knowledge, information and belief.

Dated: March 5, 2014
      Wilmington, Delaware

                                            /s/ John R. Castellano
                                            John R. Castellano
                                            Chief Restructuring Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                    :   Chapter 11
                                          :
USEC INC.,                                :   Case No. 14-_____ (____)
                                          :
           Debtor.                        :   Tax I.D. No. 52-2107911
------------------------------------------------------------ x

### LIST OF ALL CREDITORS

A list of the Debtor's creditors in accordance with Fed. R. Bankr. P. 1007(a)(1) will be separately transmitted to the Clerk of the Court.

The list has been prepared from the books and records of the Debtor. The list contains only those creditors whose names and addresses were maintained in the Debtor's database or were otherwise readily ascertainable by the Debtor prior to the commencement of this case.

Certain of the creditors listed may not hold outstanding claims against the Debtor as of the commencement date and, therefore, may not be creditors for purposes of this case. By submitting the list, the Debtor in no way waives or prejudices its right to dispute the extent, validity or enforceability of the claims, if any, held by parties identified therein.

The information presented in the list shall not constitute an admission by, nor is it binding upon, the Debtor.

### DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have reviewed the transmitted list and it is true and correct to the best of my knowledge, information and belief.

Dated: March 5, 2014
       Wilmington, Delaware

                                          _____
                                          John R. Castellano
                                          Chief Restructuring Officer

DC\2440364.10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
USEC INC.,                                      :   Case No. 14-_____ (____)
                                                :
          Debtor.                               :   Tax I.D. No. 52-2107911
------------------------------------------------------------ x

## STATEMENT OF CORPORATE OWNERSHIP

Following is the list of corporations which own ten percent or more of a class of the Debtor's equity interests. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

| Holder | Kind of Interest | Percentage of Ownership |
| --- | --- | --- |
| Babcock & Wilcox Investment Company | Preferred Stock | 50% |
| Toshiba America Nuclear Energy Corporation | Preferred Stock | 50% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing statement and it is true and correct to the best of my knowledge, information and belief.

Dated: March 5, 2014
       Wilmington, Delaware

                                      _____
                                      John R. Castellano
                                      Chief Restructuring Officer

DC\2440364.10