IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 14-10475 (_____)
USEC INC., :
:
              Debtor.[1] :
---------------------------------------------------------- x

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

A.    Voluntary Petition

      1.    USEC Inc. [Docket No. 1 - filed March 5, 2014]

B.    Declaration of John R. Castellano, Chief Restructuring Officer of USEC Inc., in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 3 - filed March 5, 2014]

C.    First Day Motions

      2.    Motion of Debtor for Order Pursuant to 11 U.S.C. §§ 105(a), 345 and 363, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms, (II) Authorizing Continuation of Existing Investment and Deposit Practices and (III) Authorizing Continuation of Intercompany Transactions [Docket No. 5 - filed March 5, 2014]

      3.    Motion of Debtor for Order Under 11 U.S.C. §§ 105(a), 363(b), 363(c), 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 (I) Authorizing Payment of Certain Prepetition Employee Obligations, Including Compensation, Benefits, Expense Reimbursements and Related Obligations, (II) Confirming Right to Continue Employee Programs on Postpetition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators of, or Third Party Providers Under, Employee Programs, and (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 6 - filed March 5, 2014]

---

[1]    The Debtor's federal tax identification number is 52-2107911. The Debtor's mailing address is 6903 Rockledge Drive, Suite 400, Bethesda, Maryland 20817.

4. Application of Debtor for Order Appointing Logan & Company, Inc. as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and Del. Bankr. L.R. 2002-1(f) [Docket No. 11 - filed March 5, 2014]

5. Motion of Debtor for Order (I) Approving Combined Notice of Commencement of Case, Initial Meeting of Creditors, and Disclosure Statement Hearing and (II) Setting Date of Disclosure Statement Hearing and Establishing Deadline and Procedures for Objecting to Disclosure Statement [Docket No. 12 - filed March 5, 2014]

6. Motion of Debtor for Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Providers From Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests for Additional Assurance of Payment [Docket No. 7 - filed March 5, 2014]

7. Motion of Debtor for Order Under 11 U.S.C. §§ 105, 363, 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing Debtor to Pay Prepetition Insurance Obligations and Maintain Postpetition Insurance Coverage [Docket No. 8 - filed March 5, 2014]

8. Motion of Debtor for Order Under 11 U.S.C. §§ 105(a), 506(a), 507(a)(8), and 541 and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Taxes and Fees [Docket No. 9 - filed March 5, 2014]

9. Motion of Debtor for Entry of Order (I) Requiring Information from Persons or Other Entities Holding or Acquiring Specified Note Amounts, (II) Limited Purchase, Sale or Transfer of Notes to Specified Amounts and (III) Establishing Notification and Hearing Procedures for Relief from Limitations on Purchase, Sale or Transfer of Notes [Docket No. 10 - filed March 5, 2014]

10. Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 364(c)(1), 364(c)(2), 364(c)(3) and 364(e) and (B) Apply Cash Collateral to Prepetition Secured Claim of DIP Lender Pursuant to 11 U.S.C. § 363(b)(1) and 363(c)(2)(A) and (II) With Respect to Interim Order, Scheduling Final Hearing [Docket No. 4 - filed March 5, 2014]

D. Plan-Related Documents:[2]

11. Disclosure Statement With Respect to Plan of Reorganization of USEC Inc. [Docket No. 13 - filed March 5, 2014]

---

[2] Copies of these documents have been included herein for the convenience of the Court. These matters will not be going forward at the first-day hearing.

    12.    Chapter 11 Plan of Reorganization of USEC Inc. [Docket No. 14 - filed March 5, 2014]

Dated: March 5, 2014  
Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

/s/ Michael Merchant
_____
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3584)  
Amanda R. Steele (No. 5530)  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
       merchant@rlf.com  
       steele@rlf.com

- and -

D. J. Baker  
Rosalie Walker Gray  
Adam S. Ravin  
Annemarie V. Reilly  
LATHAM & WATKINS LLP  
885 Third Avenue  
New York, New York 10022-4834  
Telephone: 212-906-1200  
Facsimile: 212-751-4864  
Email: dj.baker@lw.com  
       rosalie.gray@lw.com  
       adam.ravin@lw.com  
       annemarie.reilly@lw.com

Proposed Counsel for Debtor and Debtor in Possession