IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
                                                             :   Case No. 14-10475 (CSS)
USEC INC.,                                                   :
                                                             :
                Debtor.[1]                                   :
------------------------------------------------------------ x

### NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED PLEADINGS AND (II) HEARING ON FIRST DAY MOTIONS SCHEDULED FOR MARCH 6, 2014 AT 12:00 P.M. (EST)

TO:   ALL PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that on March 5, 2014, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the voluntary petition, the Debtor has filed the following first day motions and related pleadings (collectively, the "First Day Motions"):[2]

A.   Declaration of John R. Castellano, Chief Restructuring Officer of USEC Inc., in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 3 - filed March 5, 2014]

B.   First Day Motions:

   1.   Motion of Debtor for Order Pursuant to 11 U.S.C. §§ 105(a), 345 and 363, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms, (II) Authorizing Continuation of Existing Investment and Deposit Practices and (III) Authorizing Continuation of Intercompany Transactions [Docket No. 5 - filed March 5, 2014]

---

[1]   The Debtor's federal tax identification number is 52-2107911. The Debtor's mailing address is 6903 Rockledge Drive, Suite 400, Bethesda, Maryland 20817.

[2]   Copies of all of the First Day Motions (as defined herein) are available online at the following address www.loganandco.com.

RLF1 9942352v.1

2. Motion of Debtor for Order Under 11 U.S.C. §§ 105(a), 363(b), 363(c), 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 (I) Authorizing Payment of Certain Prepetition Employee Obligations, Including Compensation, Benefits, Expense Reimbursements and Related Obligations, (II) Confirming Right to Continue Employee Programs on Postpetition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators of, or Third Party Providers Under, Employee Programs, and (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 6 - filed March 5, 2014]

3. Application of Debtor for Order Appointing Logan & Company, Inc. as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and Del. Bankr. L.R. 2002-1(f) [Docket No. 11 - filed March 5, 2014]

4. Motion of Debtor for Order (I) Approving Combined Notice of Commencement of Case, Initial Meeting of Creditors, and Disclosure Statement Hearing and (II) Setting Date of Disclosure Statement Hearing and Establishing Deadline and Procedures for Objecting to Disclosure Statement [Docket No. 12 - filed March 5, 2014]

5. Motion of Debtor for Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Providers From Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests for Additional Assurance of Payment [Docket No. 7 - filed March 5, 2014]

6. Motion of Debtor for Order Under 11 U.S.C. §§ 105, 363, 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing Debtor to Pay Prepetition Insurance Obligations and Maintain Postpetition Insurance Coverage [Docket No. 8 - filed March 5, 2014]

7. Motion of Debtor for Order Under 11 U.S.C. §§ 105(a), 506(a), 507(a)(8), and 541 and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Taxes and Fees [Docket No. 9 - filed March 5, 2014]

8. Motion of Debtor for Entry of Order (I) Requiring Information from Persons or Other Entities Holding or Acquiring Specified Note Amounts, (II) Limited Purchase, Sale or Transfer of Notes to Specified Amounts and (III) Establishing Notification and Hearing Procedures for Relief from Limitations on Purchase, Sale or Transfer of Notes [Docket No. 10 - filed March 5, 2014]

9. Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 364(c)(1), 364(c)(2), 364(c)(3) and 364(e) and (B) Apply Cash Collateral to Prepetition Secured Claim of DIP Lender Pursuant to 11 U.S.C. § 363(b)(1) and 363(c)(2)(A) and (II) With Respect to Interim Order, Scheduling Final Hearing [Docket No. 4 - filed March 5, 2014]

RLF1 9942352v.1

PLEASE TAKE FURTHER NOTICE that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **March 6, 2014 at 12:00 p.m. (Eastern Standard Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that all objections, if any, to the First Day Motions may be made at the First Day Hearing.

RLF1 9942352v.1

Dated: March 5, 2014
       Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

/s/ Michael J. Merchant
_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3584)
Amanda R. Steele (No. 5530)
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      steele@rlf.com

- and -

D. J. Baker
Rosalie Walker Gray
Adam S. Ravin
Annemarie V. Reilly
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: 212-906-1200
Facsimile: 212-751-4864
Email: dj.baker@lw.com
      rosalie.gray@lw.com
      adam.ravin@lw.com
      annemarie.reilly@lw.com

Proposed Counsel for Debtor and Debtor in Possession

RLF1 9942352v.1