# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
USEC INC.,                                      :   Case No. 14-10475 (CSS)
                                                :
                    Debtor.¹                     :   Related Docket No. 12
-------------------------------------------------------- x
```

## ORDER (I) APPROVING COMBINED NOTICE OF COMMENCEMENT OF CASE, INITIAL MEETING OF CREDITORS AND DISCLOSURE STATEMENT HEARING AND (II) SETTING DATE OF DISCLOSURE STATEMENT HEARING AND ESTABLISHING DEADLINE AND PROCEDURES FOR OBJECTING TO DISCLOSURE STATEMENT

Upon the motion (the "Motion")[2] of the Debtor for entry of an order (i) approving

a Combined Notice of the commencement of the case, the initial meeting of creditors and other

preliminary matters, along with notice of the hearing to consider the adequacy of the Disclosure

Statement and (ii) setting the date for the hearing to consider the adequacy of, and establishing a

deadline and procedures for objecting to, the Disclosure Statement; and the Court having

reviewed the Motion and the Castellano Declaration; and the Court having determined that the

relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and

other parties in interest; and it appearing that proper and adequate notice of the Motion has been

given and that no other or further notice is necessary; and upon the record herein; and after due

deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1]        The Debtor's federal tax identification number is 52-2107911.  The Debtor's mailing address is 6903 Rockledge Drive, Suite 400, Bethesda, Maryland 20817.

[2]        Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED as set forth in this Order.

2.      The Debtor is authorized, through utilization of the Combined Notice, to combine the notice of the commencement of the Chapter 11 Case, the meeting of creditors pursuant to Bankruptcy Code Section 341, and the date for the hearing to consider the adequacy of, and the deadline and procedures for objecting to, the Disclosure Statement.

3.      The substance of the Combined Notice annexed to the Motion as Exhibit A complies with the requirements of Bankruptcy Rules 2002(a), 2002(b), 2002(d) and 3017 and is hereby APPROVED in its entirety.  The Debtor is authorized to make changes to the formatting of the Combined Notice as necessary to facilitate efficient service.

4.      The Disclosure Statement Hearing shall be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in court room 6 of the United States Bankruptcy Court, 824 Market Street North, 3rd Floor, Wilmington, Delaware 19801, on April 21, 2014, at 11:00 a.m. (Eastern Time).  The Disclosure Statement Hearing may be continued from time to time by the Court without further notice.

5.      The Disclosure Statement Objection Deadline is hereby set at **5:00 p.m. (Eastern Time) on** April 14, **2014**.  Any objections to the adequacy and approval of the Disclosure Statement must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, together with proof of service thereof, and served on (a) the U.S. Trustee, attn: Mark S. Kenney, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, (b) Latham & Watkins LLP, attn: D. J. Baker, 885 Third Ave, New York, New York 10022, (c) Richards, Layton & Finger, P.A., attn: Mark D. Collins, 920 N. King Street, Wilmington, Delaware 19801, (d) Akin Gump Strauss Hauer & Feld LLP,

attn: Michael Stamer, One Bryant Park, New York, New York 10036 and attn: James Savin,

1333 New Hampshire Avenue, NW, Washington, DC, 20036, (e) Pepper Hamilton LLP, attn.:

David Stratton, Hercules Plaza, Suite 5100, 1313 Market Street, Wilmington, Delaware 19899,

and (f) such other parties as the Bankruptcy Court may order, so as to be <u>ACTUALLY</u>

<u>RECEIVED</u> no later than the Disclosure Statement Objection Deadline.

      6.    Any objections to the adequacy or approval of the Disclosure Statement or

other responses must:

    (a)    be in writing;

    (b)    state the name and address of the objector or entity proposing a modification to the Disclosure Statement and the amount of its claim or nature of its interest in the Chapter 11 Case; and

    (c)    specify the basis and nature of any objection and set forth the proposed modification to the Disclosure Statement, together with suggested language.

      7.    Any objections or responses to the Disclosure Statement that are not

timely filed and served in the manner set forth in this Order may not be considered and may be

overruled.

      8.    Replies to any objections or responses must be filed with the Clerk of the

United States Bankruptcy Court for the District of Delaware, together with proof of service

thereof, and served on (a) the objecting party, (b) the U.S. Trustee, attn: Mark S. Kenney, J.

Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington,

Delaware 19801, (c) Latham & Watkins LLP, attn: D. J. Baker, 885 Third Ave, New York, New

York 10022, (d) Richards, Layton & Finger, P.A., attn: Mark D. Collins, 920 N. King Street,

Wilmington, Delaware 19801, (e) Akin Gump Strauss Hauer & Feld LLP, attn: Michael Stamer,

One Bryant Park, New York, New York 10036 and attn: James Savin, 1333 New Hampshire

Avenue, NW, Washington, DC, 20036, (f) Pepper Hamilton LLP, attn.: David Stratton, Hercules

Plaza, Suite 5100, 1313 Market Street, Wilmington, Delaware 19899, and (g) such other parties

as the Bankruptcy Court may order, so as to be ACTUALLY RECEIVED no later than the Reply

Deadline, which is **12:00 noon (Eastern Time) on** April 16 , 2014.

9.      No later than five (5) business days after the date of entry of this Order,

the Debtor shall mail or cause to be mailed a copy of the Combined Notice to (a) all parties set

forth on the Debtor's list of creditors filed pursuant to Bankruptcy Rule 1007(a)(1), (b) all parties

set forth on the Debtor's list of equity security holders filed pursuant to Bankruptcy Rule

1007(a)(3), and (c) all other parties in interest required to receive notice of the matters set forth

therein.

10.      The notice procedures set forth above constitute good and sufficient notice

of the commencement of the Chapter 11 Case, the meeting of creditors pursuant to Bankruptcy

Code Section 341, and the date for the hearing to consider the adequacy of, and the deadline and

procedures for objecting to, the Disclosure Statement; and no other or further notice shall be

necessary.

11.      The Debtor is authorized and empowered to take all actions necessary to

implement the relief granted in this Order.

12.      This Court retains jurisdiction with respect to all matters arising from or

related to the implementation or interpretation of this Order.

Dated:  March 6, 2014
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE