IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------- x
In re:                                   :   Chapter 11
                                         :
USEC INC.,                               :   Case No. 14-10475 (CSS)
                                         :
         Debtor.[1]                      :
---------------------------------------- x

STATE OF NEW JERSEY   )
                      ) ss.
COUNTY OF ESSEX       )

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtor.

3. On April 24, 2014 I caused copies of the following:

   - Notice of Filing of Declaration in Support of Employment of Dentons US LLP as Professional Utilized in Ordinary Course of Business [Dkt. No. 212];

   - Notice of Filing of Declaration in Support of Employment of Wimberly, Lawson, Wright, Daves & Jones, PLLC Professional Utilized in Ordinary Course of Business [Dkt. No. 213];

   - Notice of Filing of Declaration in Support of Employment of CBD Advisors Professional Utilized in Ordinary Course of Business [Dkt. No. 214];

   - Notice of Filing of Declaration in Support of Employment of Mercury Public Affairs LLC Professional Utilized in Ordinary Course of Business [Dkt. No. 215];

   - Notice of Filing of Declaration in Support of Employment of Woolf, McClane, Bright, Allen & Carpenter, PLLC as Professional Utilized in Ordinary Course of Business [Dkt. No. 216];

   - Notice of Filing of Declaration in Support of Employment of Bluewater Strategies LLC Professional Utilized in Ordinary Course of Business [Dkt. No. 217]; and

   - Notice of Increase in Ordinary Course Professional Cap Amount With Respect to Towers Watson [Dkt. No. 218]

   to be served, in the manner indicated, upon the parties on the Service List attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

*Kathleen M. Logan*

Sworn to before me this
28th day of April 2014

Notary Public
My Commission Expires:

PATRICIA C MCCOUL
Commission # 2344151
Notary Public, State of New Jersey
My Commission Expires
May 01, 2016

---

[1] The Debtor's federal tax identification number is 52-2107911. The Debtor's mailing address is 6903 Rockledge Drive, Suite 400, Bethesda, Maryland 20817.

USC BX

**EXHIBIT A SERVICE LIST**
**[related to Docket Nos. 212, 213, 214, 215, 216, 217 and 218]**

Page 1 of 1

**DEBTOR: USEC INC.**                                                                                     **CASE NO: 14-10475 (CSS)**

**Via Email**
Creditor ID: 10-98
AKIN GUMP STRAUSS HAUER & FELD LLP
CONSENTING NOTEHOLDERS' COUNSEL
MICHAEL S STAMER, ESQ
ONE BRYANT PARK
NEW YORK NY 10036-6745
Email: mstamer@akingump.com

**Via Email**
Creditor ID: 11-98
AKIN GUMP STRAUSS HAUER & FELD LLP
CONSENTING NOTEHOLDERS' COUNSEL
JAMES SAVIN, ESQ
JOANNA F NEWDECK, ESQ; C GARRISON, ESQ
1333 NEW HAMPSHIRE AVE NW
WASHINGTON DC 20036-1564
Email: jsavin@akingump.com; jnewdeck@akingump.com; cgarrison@akingump.com

**Via First-Class Mail**
Creditor ID: 2-99
OFFICE OF THE US TRUSTEE
MARK S KENNEY, ESQ
844 KING ST, STE 2207
LOCKBOX 35
WILMINGTON DE 19801

**Via First-Class Mail**
Creditor ID: 3392-99
PEPPER HAMILTON LLP
CONSENTING NOTEHOLDERS' LOCAL COUNSEL
DAVID B STRATTON, ESQ
HERCULES PLAZA, STE 5100
1313 MARKET ST
WILMINGTON DE 19801-1151

**Via First-Class Mail**
Creditor ID: 3391-99
YOUNG CONAWAY STARGATT & TAYLOR LLP
POSTPETITION SECURED LENDER COUNSEL
JAMES L PATTON JR, ESQ; JOEL A WHITE, ESQ
RYAN M BARTLEY, ESQ; ROLIN BISSELL, ESQ
RODNEY SQ, 1000 NORTH KING ST
WILMINGTON DE 19801

Total:    5