**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x

In re:                                                    :    Chapter 11

                                                          :

USEC INC.,                                                :    Case No. 14-10475 (CSS)

                                                          :

            Debtor. [1]                                   :    **Re: Docket No. 174**

---------------------------------------------------------- x

**ORDER UNDER 11 U.S.C. §§ 105(a) AND 363(b), FED. R. BANKR. P. 2002 AND 6004 AND
DEL. BANKR. L.R. 2002-1 AND 6004-1 APPROVING AGREEMENT WITH OAK RIDGE
NATIONAL LABORATORY AND AUTHORIZING DEBTOR TO PERFORM DUTIES
AND OBTAIN PAYMENTS AND OTHER BENEFITS THEREUNDER**

Upon the motion (the "Motion")[2] of the Debtor for entry of an Order (i) approving

the ORNL Agreement by and between the Debtor and ORNL in substantially the form attached

to the Motion as <u>Exhibit B</u>, and (ii) authorizing the Debtor to perform those obligations arising

thereunder and to receive all payments and other benefits contemplated thereby for the entire

term of the ORNL Agreement (and any permitted extensions); and the Court having jurisdiction

to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334; and consideration of the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Motion is in the best interests of the Debtor, its estate,

creditors and other parties in interest, and that the legal and factual bases set forth in the Motion

---

[1]      The Debtor's federal tax identification number is 52-2107911.  The Debtor's mailing address is 6903
Rockledge Drive, Suite 400, Bethesda, Maryland 20817.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Motion.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Motion is GRANTED, as set forth herein.

2.    All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.    The ORNL Agreement substantially in the form attached hereto as <u>Exhibit</u> <u>1</u> is approved.

4.    The Debtor is authorized to perform all obligations arising under the ORNL Agreement and to obtain all payments and other benefits provided under the ORNL Agreement for the entire term of the ORNL Agreement and any extensions thereof.

5.    Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

6.    The Debtor is hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

7.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated:    May _____ , 2014
           Wilmington, Delaware

                                       THE HONORABLE CHRISTOPHER S. SONTCHI
                                       UNITED STATES BANKRUPTCY JUDGE