## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:                                           :    Chapter 11
                                                 :
USEC INC.,                                       :    Case No. 14-10475 (CSS)
                                                 :
                          Debtor.[1]             :    **Re: Docket No. 317**

------------------------------------------------------------ x

## ORDER EXTENDING EXCLUSIVE PERIODS DURING WHICH THE DEBTOR MAY FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION

Upon consideration of the motion (the "Motion")[2] of the Debtor for entry of an order extending the Debtor's exclusive periods to file a chapter 11 plan or plans and to solicit acceptances of such plan(s); and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given, with no objections or requests for hearing having been filed, or all objections having been overruled, as the case may be; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.       The Motion is GRANTED.

2.       The Debtor's Exclusive Filing Period shall be extended to, through and including October 1, 2014.

---

[1]       The Debtor's federal tax identification number is 52-2107911. The Debtor's mailing address is 6903 Rockledge Drive, Suite 400, Bethesda, Maryland 20817.

[2]       Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3.      The Debtor's Exclusive Solicitation Period shall be extended to, through and including November 30, 2014.

4.      The entry of this Order shall be without prejudice to the rights of the Debtor to request further extensions of the Exclusive Periods or to seek other appropriate relief.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:___6/27___, 2014

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DC\3247415.3