# SIGN-IN SHEET

**CASE NAME:** USEC Inc.
**CASE NO:** 14-10475 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 7/7/14 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jan Baker | Latham | Debtor |
| Adam Ravin | " " | " " |
| AnneMarie Reilly | " " | " " |
| Michael J. Merchant | Richards, Layton + Finger | " " |
| Amanda R. Steele | " | " " |
| James Savin | Akin Gump | Consenting Noteholders |
| Lori Butler | " | " |
| Lori Butler | PBGC | PBGC |
| Elizabeth Chiesa | PBGC | PBGC |
| David L. Buchbinder | USTP/DOJ | UST |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 07/07/2014
Calendar Time: 11:00 AM ET

2nd Revision 07/07/2014 06:57 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | USEC Inc. | 14-10475 | Hearing | 6341799 | Jon R. Berke | (212) 686-2741 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | USEC Inc. | 14-10475 | Hearing | 6339244 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | USEC Inc. | 14-10475 | Hearing | 6339271 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | USEC Inc. | 14-10475 | Hearing | 6344722 | Thea D. Davis | (202) 326-4020 ext. 3166 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | USEC Inc. | 14-10475 | Hearing | 6336849 | Rosalie Gray | (212) 906-1282 | Latham & Watkins LLP | Debtor, USEC, Inc / LIVE |
| | | USEC Inc. | 14-10475 | Hearing | 6269563 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| | | USEC Inc. | 14-10475 | Hearing | 6356828 | Steven Kosson | (212) 269-4100 | Puma Capital | Interested Party, Puma Capital / LISTEN ONLY |
| | | USEC Inc. | 14-10475 | Hearing | 6356883 | Ian E. Roberts | 214-953-6719 | Baker Botts LLP | Creditor, Babcock & Wilcox Investment Company / LIVE |
| | | USEC Inc. | 14-10475 | Hearing | 6341894 | Onirik Sarma | (212) 583-0713 | Scoggin Capital Management | Creditor, Scoggin Capital Management / LISTEN ONLY |
| | | USEC Inc. | 14-10475 | Hearing | 6339591 | Madhu Satyanarayana | (212) 262-4328 | J. Goldman & Co., L.P. | Creditor, J. Goldman & Co. / LISTEN ONLY |
| | | USEC Inc. | 14-10475 | Hearing | 6325768 | Adam Siegel | 713-999-5383 | Euclid Investments LP | Interested Party, Adam Siegel / LISTEN ONLY |
| | | USEC Inc. | 14-10475 | Hearing | 6269560 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, CSC Trust Company of Delaware / LIVE |
| | | USEC Inc. | 14-10475 | Hearing | 6269561 | Meredith S. Tinkham | (617) 951-7250 ext. 00 | Ropes & Gray, LLP | Creditor, CSC Trust Company of Delaware / LISTEN ONLY |
| | | USEC Inc. | 14-10475 | Hearing | 6339434 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital / LISTEN ONLY |

| | | | | |
|---|---|---|---|---|
| USEC Inc. | 14-10475 | Hearing | 6339334 Victor Zhao | (202) ███-████ | U.S. Department of Justice - Civil Divis Interested Party, United States Department of Energy / LIVE |